**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| REX S. GUNTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00796-HEA |
| ) | |
| MISSOURI DEPARTMENT OF MENTAL ) | |
| HEALTH, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on review of self-represented plaintiff's letter to the Court dated June 4, 2024, which the Court will construe as a civil rights complaint brought under 42 U.S.C. § 1983. Plaintiff's complaint is defective because it was not drafted on the appropriate Court-approved form. *See* Local Rule 2.06(A). The Court will order plaintiff to file an amended complaint on a Court-provided form.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's "Civil Complaint" form (MOED-0032).

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form **within thirty (30) days** of the date of this Order. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 30th day of October 30, 2024.

                                                HENRY EDWARD AUTREY
                                           UNITED STATES DISTRICT JUDGE